**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-01101-PAB-MJW

LAVELL WILLIAMS,
Plaintiff

v.

UNIVERSITY OF NORTHERN COLORADO,
Defendant

---

## STIPULATED JOINT MOTION FOR DISMISSAL WITH PREJUDICE

---

Plaintiff, Lavell Williams, (herein, "Plaintiff"), by and through his counsel Kelli Riley, and Defendant, University of Northern Colorado (herein, "Defendant"), by and through its counsel Stephanie Scoville and Juliane DeMarco, hereby submit their Stipulated Joint Motion for Dismissal with Prejudice as follows:

1. The parties to this action have reached a full and final resolution of all issues in this matter.

2. The parties hereby stipulate and jointly move that the Court enter an order dismissing this matter and all of Plaintiffs' claims against Defendant, with prejudice.

3. The parties hereby stipulate and jointly move that the Order of Dismissal With Prejudice submitted herewith be entered by the Court.

4. Each party is to pay his or its own costs and attorneys' fees.

**WHEREFORE**, for the reasons stated herein, the parties respectfully request the Court enter the Order of Dismissal with Prejudice.

Respectfully submitted this 6th day of November, 2017.


_/s/ Kelli Riley__________________
Kelli R. Riley
RILEY LAW LLC
2005 West 9th Street, Suite 6
Greeley, Colorado 80631
(970) 301-1350
kelli@rileylawllc.com
*Counsel for Plaintiff*

s/ *Stephanie Lindquist Scoville*_____________________
Cynthia H. Coffman, Attorney General
Stephanie Lindquist Scoville, Senior Assistant Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, Colorado 80203
(720) 508-6573
stephanie.scoville@coag.gov
*Counsel for Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-01101-PAB-MJW

LAVELL WILLIAMS,
Plaintiff

v.

UNIVERSITY OF NORTHERN COLORADO,
Defendant

**ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER COMES BEFORE THE COURT on the parties' Stipulated Joint Motion for Dismissal With Prejudice, and the Court being fully advised in the premises, hereby FINDS and ORDERS:

The Stipulated Joint Motion for Dismissal With Prejudice is GRANTED and this matter and all claims of Plaintiff are dismissed with prejudice. Each party shall pay his or its own costs and attorneys' fees.

Dated this ______ day of ________ 2017.

BY THE COURT:

______________________________
District Court Judge